IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME WILSON,

        Plaintiff,                      No. CIV S-05-0114 DFL CMK P

      vs.

SCOTT KERNAN,

        Defendant.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, filed this action styled as seeking a "Petition for a Writ of Justice." Eventually, plaintiff clarified that he intended to bring suit under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 28, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed April 28, 2005, are adopted in full; and

2.  This action is dismissed without prejudice.

DATED: 8/22/2005

_____
DAVID F. LEVI
United States District Judge

2